Pursuant to Section G(5) of General Order 12, I have conferred in good faith with all other parties in an effort to reach an agreement on whether or not the case is related.

☑ All parties are in agreement

☐ Parties do not agree and opposition will be filed. After such application is made, any other party may serve and file within seven (7) calendar days a letter of no more than two pages supporting or opposing the application.

Submitted by:  John D. Hoggan, Jr.

Attorney for:  United States of America         Date:  April 19, 2018