

**U.S. Department of Justice**

Civil Rights Division

Housing and Civil Enforcement Section

---

SSM:RTH:LKW:EHS:KAR
DJ 175-50-62

| | |
|---|---|
| *U.S. Mail:* | 950 Pennsylvania Avenue, NW - 4CON |
| | Washington, DC  20530 |
| *Overnight:* | 4 Constitution Square |
| | 150 M St. NE, 8th Floor |
| | Washington, DC  20006 |
| *Telephone:* | (202)  514-4713 |
| *Facsimile:* | (202)  514-1116 |

July 23, 2019

<u>**Via ECF**</u>

Hon. Thérèse Wiley Dancks
United States Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York  13261-7346

    Re:    *United States v. Waterbury, et al.*, No. 5:18-cv-440 (MAD/TWD), Status Report

    In accordance with the Court's July 16, 2019 Text Order (ECF 56), the United States provides the following update on the parties' progress toward settlement.

    The parties have reached an agreement in principle, which we hope to finalize within one week.  Accordingly, we respectfully request permission to submit the proposed consent decree or a further status report to the Court by July 30, 2019.

    Respectfully submitted,

    *s/ Lori K. Wagner*
    Lori K. Wagner
    Counsel for the United States

cc: Counsel of Record (by ECF)